UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYKOLA KOLOMIICHUK, *on behalf of himself and all others similarly situated*,

                Plaintiff,

      -v-

TOWN SPORTS INTERNATIONAL HOLDINGS, INC., *et al.*,

                Defendants.

No. 18-CV-1223 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

On September 14, 2020, Defendants filed voluntary petitions for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Delaware, (*see* Dkt. No. 82), thereby triggering an automatic stay of the pending matter, *see* 11 U.S.C. § 362(a)(1).

In light of Defendants' recent bankruptcy petitions, Defendants' Motion for Summary Judgment, (*see* Not. Of Defs.' Mot. (Dkt. No.54)), and Plaintiff's Motion for Class Certification, (*see* Not. Of Pl.'s Mot. (Dkt. No. 60)), are denied without prejudice. The Parties may renew their motions once the automatic stay is lifted.

The Clerk of Court is respectfully directed to terminate the pending motions, (Dkt. Nos. 54, 60), and stay this case.

SO ORDERED.

DATED:    September 28, 2020
              White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE